The Pennsylvania State University   Payroll Office - 101 James M. Elliott Building   120 South Burrowes Street   State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shelly Regel | The Pennsylvania State University | 998825934 | 01/01/2020 | 01/31/2020 | 01/31/2020 | |

| | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,358.84 | 8.59 | 368.36 | 231.62 | 1,750.27 |
| YTD | 2,974.84 | 8.59 | 446.10 | 236.24 | 2,283.91 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay (Hourly) | 01/02/2020-01/31/2020 | 132 | 17.87 | 2,358.84 | 2,974.84 |
| Earnings | | | | 2,358.84 | 2,974.84 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 143.96 | 182.15 |
| Medicare | 33.67 | 42.60 |
| Federal Withholding | 77.72 | 77.72 |
| State Tax - PA | 71.28 | 90.05 |
| SUI-Employee Paid - PA | 1.41 | 1.78 |
| City Tax - STCOL | 35.99 | 35.99 |
| City Tax - COLEG | | 9.48 |
| PA LST - COLEG | | 2.00 |
| PA LST - STCOL | 4.33 | 4.33 |
| EE Taxes | 368.36 | 446.10 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Age-Graded Life Insurance (Post-Tax) | 8.59 | 8.59 |
| Post-Tax Deductions | 8.59 | 8.59 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Parking | 37.00 | 41.62 |
| SERS Defined Benefit A5 | 117.95 | 117.95 |
| SERS Defined Contribution A5 | 76.67 | 76.67 |
| Pre-Tax Deductions | 231.62 | 236.24 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare (Federal) | 33.67 | 42.60 |
| OASDI (Federal) | 143.96 | 182.15 |
| SERS Defined Benefit A5 ER | 399.36 | 399.36 |
| SERS Defined Contribution A5 ER | 53.08 | 53.08 |
| Employer Taxes, Benefits & Misc. Wages | 630.07 | 677.19 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,321.84 | 2,937.84 |
| Medicare - Taxable Wages | 2,321.84 | 2,937.84 |
| Federal Withholding - Taxable Wages | 2,127.22 | 2,743.22 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| PNC | shellreg | ******9243 | | 1,750.27 | USD |

The Pennsylvania State University   Payroll Office - 101 James M. Elliott Building   120 South Burrowes Street   State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shelly Regel | The Pennsylvania State University | 998825934 | 12/08/2019 | 12/21/2019 | 01/03/2020 | |

| | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 616.00 | 0.00 | 77.74 | 4.62 | 533.64 |
| YTD | 616.00 | 0.00 | 77.74 | 4.62 | 533.64 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay (Hourly) | 12/08/2019-12/21/2019 | 56 | 11 | 616.00 | 616.00 |
| Earnings | | | | 616.00 | 616.00 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 38.19 | 38.19 |
| Medicare | 8.93 | 8.93 |
| State Tax - PA | 18.77 | 18.77 |
| SUI-Employee Paid - PA | 0.37 | 0.37 |
| City Tax - COLEG | 9.48 | 9.48 |
| PA LST - COLEG | 2.00 | 2.00 |
| EE Taxes | 77.74 | 77.74 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Parking | 4.62 | 4.62 |
| Pre-Tax Deductions | 4.62 | 4.62 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare (Federal) | 8.93 | 8.93 |
| OASDI (Federal) | 38.19 | 38.19 |
| Employer Taxes, Benefits & Misc. Wages | 47.12 | 47.12 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 616.00 | 616.00 |
| Medicare - Taxable Wages | 616.00 | 616.00 |
| Federal Withholding - Taxable Wages | 616.00 | 616.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| PNC | shellreg | ******9243 | | 533.64 | USD |

The Pennsylvania State University  Payroll Office - 101 James M. Elliott Building  120 South Burrowes Street  State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shelly Regel | The Pennsylvania State University | 998825934 | 11/24/2019 | 12/07/2019 | 12/20/2019 | |

| | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 500.50 | 0.00 | 63.50 | 4.62 | 432.38 |
| YTD | 7,444.80 | 0.00 | 1,007.88 | 55.44 | 6,381.48 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay (Hourly) | 11/24/2019-12/07/2019 | 45.5 | 11 | 500.50 | 7,444.80 |
| Earnings | | | | 500.50 | 7,444.80 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 31.03 | 461.58 |
| Medicare | 7.26 | 107.95 |
| Federal Withholding | 0.00 | 68.50 |
| State Tax - PA | 15.22 | 226.85 |
| SUI-Employee Paid - PA | 0.30 | 4.47 |
| City Tax - COLEG | 7.69 | 114.53 |
| PA LST - COLEG | 2.00 | 24.00 |
| EE Taxes | 63.50 | 1,007.88 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Parking | 4.62 | 55.44 |
| Pre-Tax Deductions | 4.62 | 55.44 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare (Federal) | 7.26 | 107.95 |
| OASDI (Federal) | 31.03 | 461.58 |
| Employer Taxes, Benefits & Misc. Wages | 38.29 | 569.53 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 500.50 | 7,444.80 |
| Medicare - Taxable Wages | 500.50 | 7,444.80 |
| Federal Withholding - Taxable Wages | 500.50 | 7,444.80 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| PNC | shellreg | ******9243 | | 432.38 | USD |