The Pennsylvania State University   Payroll Office - 101 James M. Elliott Building   120 South Burrowes Street   State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Regel | The Pennsylvania State University | 946479585 | 01/19/2020 | 02/01/2020 | 02/14/2020 | |

| | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,390.09 | 19.39 | 428.55 | 343.31 | 1,598.84 |
| YTD | 9,280.49 | 149.56 | 1,648.23 | 1,355.72 | 6,126.98 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | | | 1,607.76 |
| Overtime | 01/19/2020-01/25/2020 | 2 | 43.07 | 86.14 | 86.14 |
| Personal Day | | | | | 459.36 |
| Regular Pay (Hourly) | 01/19/2020-02/01/2020 | 72 | 28.71 | 2,067.12 | 6,431.04 |
| Shift Differential OT | 01/19/2020-01/25/2020 | 2 | 0.975 | 1.95 | 1.95 |
| Shift Differential | 01/19/2020-01/25/2020 | 8 | 0.65 | 5.20 | 5.20 |
| Vacation Pay | 01/19/2020-02/01/2020 | 8 | 28.71 | 229.68 | 689.04 |
| Earnings | | | | 2,390.09 | 9,280.49 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 136.16 | 527.30 |
| Medicare | 31.84 | 123.32 |
| Federal Withholding | 155.65 | 591.13 |
| State Tax - PA | 67.42 | 261.10 |
| SUI-Employee Paid - PA | 1.44 | 5.57 |
| City Tax - COLEG | 34.04 | 131.81 |
| PA LST - COLEG | 2.00 | 8.00 |
| EE Taxes | 428.55 | 1,648.23 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Age-Graded Life Insurance (Post-Tax) | 10.52 | 42.08 |
| Long Term Disability | 4.29 | 17.16 |
| Optional AD&D | 2.58 | 10.32 |
| Union Dues | | 72.00 |
| United Way (502 - Centre County United Way) | 2.00 | 8.00 |
| Post-Tax Deductions | 19.39 | 149.56 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Insurance | 8.78 | 35.12 |
| Medical Insurance | 178.92 | 715.68 |
| Parking | 4.62 | 18.48 |
| SERS Retirement Plan | 149.39 | 580.04 |
| Vision Insurance | 1.60 | 6.40 |
| Pre-Tax Deductions | 343.31 | 1,355.72 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Dental Insurance ER | 24.98 | 99.92 |
| Medical Insurance ER | 722.27 | 2,889.08 |
| Medicare (Federal) | 31.84 | 123.32 |
| OASDI (Federal) | 136.16 | 527.30 |
| SERS Retirement Plan | 861.39 | 3,344.70 |
| Vision Insurance ER | 4.56 | 18.24 |
| Employer Taxes, Benefits & Misc. Wages | 1,781.20 | 7,002.56 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,196.17 | 8,504.81 |
| Medicare - Taxable Wages | 2,196.17 | 8,504.81 |
| Federal Withholding - Taxable Wages | 2,046.78 | 7,924.77 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| PNC | PNC ******9243 | ******9243 | | 1,598.84 | USD |

The Pennsylvania State University   Payroll Office - 101 James M. Elliott Building   120 South Burrowes Street   State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Regel | The Pennsylvania State University | 946479585 | 01/05/2020 | 01/18/2020 | 01/31/2020 | |

| | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,296.80 | 91.39 | 406.56 | 337.47 | 1,461.38 |
| YTD | 6,890.40 | 130.17 | 1,219.68 | 1,012.41 | 4,528.14 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | | | 1,607.76 |
| Personal Day | 01/05/2020-01/18/2020 | 16 | 28.71 | 459.36 | 459.36 |
| Regular Pay (Hourly) | 01/05/2020-01/18/2020 | 64 | 28.71 | 1,837.44 | 4,363.92 |
| Vacation Pay | | | | | 459.36 |
| Earnings | | | | 2,296.80 | 6,890.40 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 130.38 | 391.14 |
| Medicare | 30.50 | 91.48 |
| Federal Withholding | 145.16 | 435.48 |
| State Tax - PA | 64.56 | 193.68 |
| SUI-Employee Paid - PA | 1.37 | 4.13 |
| City Tax - COLEG | 32.59 | 97.77 |
| PA LST - COLEG | 2.00 | 6.00 |
| EE Taxes | 406.56 | 1,219.68 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Age-Graded Life Insurance (Post-Tax) | 10.52 | 31.56 |
| Long Term Disability | 4.29 | 12.87 |
| Optional AD&D | 2.58 | 7.74 |
| Union Dues | 72.00 | 72.00 |
| United Way (502 - Centre County United Way) | 2.00 | 6.00 |
| Post-Tax Deductions | 91.39 | 130.17 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Insurance | 8.78 | 26.34 |
| Medical Insurance | 178.92 | 536.76 |
| Parking | 4.62 | 13.86 |
| SERS Retirement Plan | 143.55 | 430.65 |
| Vision Insurance | 1.60 | 4.80 |
| Pre-Tax Deductions | 337.47 | 1,012.41 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Dental Insurance ER | 24.98 | 74.94 |
| Medical Insurance ER | 722.27 | 2,166.81 |
| Medicare (Federal) | 30.50 | 91.48 |
| OASDI (Federal) | 130.38 | 391.14 |
| SERS Retirement Plan | 827.77 | 2,483.31 |
| Vision Insurance ER | 4.56 | 13.68 |
| Employer Taxes, Benefits & Misc. Wages | 1,740.46 | 5,221.36 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,102.88 | 6,308.64 |
| Medicare - Taxable Wages | 2,102.88 | 6,308.64 |
| Federal Withholding - Taxable Wages | 1,959.33 | 5,877.99 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| PNC | PNC ******9243 | ******9243 | | 1,461.38 | USD |

Case 4:20-bk-00497-RNO    Doc 20    Filed 03/04/20    Entered 03/04/20 16:14:53    Desc
Main Document    Page 2 of 6

The Pennsylvania State University  Payroll Office - 101 James M. Elliott Building  120 South Burrowes Street  State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Regel | The Pennsylvania State University | 946479585 | 12/22/2019 | 01/04/2020 | 01/17/2020 | |

| | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,296.80 | 19.39 | 406.56 | 337.47 | 1,533.38 |
| YTD | 4,593.60 | 38.78 | 813.12 | 674.94 | 3,066.76 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | 12/22/2019-01/04/2020 | 56 | 28.71 | 1,607.76 | 1,607.76 |
| Regular Pay (Hourly) | 12/29/2019-01/04/2020 | 16 | 28.71 | 459.36 | 2,526.48 |
| Vacation Pay | 12/22/2019-01/04/2020 | 8 | 28.71 | 229.68 | 459.36 |
| Earnings | | | | 2,296.80 | 4,593.60 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 130.38 | 260.76 |
| Medicare | 30.49 | 60.98 |
| Federal Withholding | 145.16 | 290.32 |
| State Tax - PA | 64.56 | 129.12 |
| SUI-Employee Paid - PA | 1.38 | 2.76 |
| City Tax - COLEG | 32.59 | 65.18 |
| PA LST - COLEG | 2.00 | 4.00 |
| EE Taxes | 406.56 | 813.12 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Age-Graded Life Insurance (Post-Tax) | 10.52 | 21.04 |
| Long Term Disability | 4.29 | 8.58 |
| Optional AD&D | 2.58 | 5.16 |
| United Way (502 - Centre County United Way) | 2.00 | 4.00 |
| Post-Tax Deductions | 19.39 | 38.78 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Insurance | 8.78 | 17.56 |
| Medical Insurance | 178.92 | 357.84 |
| Parking | 4.62 | 9.24 |
| SERS Retirement Plan | 143.55 | 287.10 |
| Vision Insurance | 1.60 | 3.20 |
| Pre-Tax Deductions | 337.47 | 674.94 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Dental Insurance ER | 24.98 | 49.96 |
| Medical Insurance ER | 722.27 | 1,444.54 |
| Medicare (Federal) | 30.49 | 60.98 |
| OASDI (Federal) | 130.38 | 260.76 |
| SERS Retirement Plan | 827.77 | 1,655.54 |
| Vision Insurance ER | 4.56 | 9.12 |
| Employer Taxes, Benefits & Misc. Wages | 1,740.45 | 3,480.90 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,102.88 | 4,205.76 |
| Medicare - Taxable Wages | 2,102.88 | 4,205.76 |
| Federal Withholding - Taxable Wages | 1,959.33 | 3,918.66 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| PNC | PNC ******9243 | ******9243 | | 1,533.38 | USD |

Case 4:20-bk-00497-RNO    Doc 20    Filed 03/04/20    Entered 03/04/20 16:14:53    Desc
Main Document    Page 3 of 6

The Pennsylvania State University  Payroll Office - 101 James M. Elliott Building  120 South Burrowes Street  State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Regel | The Pennsylvania State University | 946479585 | 12/08/2019 | 12/21/2019 | 01/03/2020 | |

| | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,296.80 | 19.39 | 406.56 | 337.47 | 1,533.38 |
| YTD | 2,296.80 | 19.39 | 406.56 | 337.47 | 1,533.38 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay (Hourly) | 12/08/2019-12/21/2019 | 72 | 28.71 | 2,067.12 | 2,067.12 |
| Vacation Pay | 12/08/2019-12/21/2019 | 8 | 28.71 | 229.68 | 229.68 |
| Earnings | | | | 2,296.80 | 2,296.80 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 130.38 | 130.38 |
| Medicare | 30.49 | 30.49 |
| Federal Withholding | 145.16 | 145.16 |
| State Tax - PA | 64.56 | 64.56 |
| SUI-Employee Paid - PA | 1.38 | 1.38 |
| City Tax - COLEG | 32.59 | 32.59 |
| PA LST - COLEG | 2.00 | 2.00 |
| EE Taxes | 406.56 | 406.56 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Age-Graded Life Insurance (Post-Tax) | 10.52 | 10.52 |
| Long Term Disability | 4.29 | 4.29 |
| Optional AD&D | 2.58 | 2.58 |
| United Way (502 - Centre County United Way) | 2.00 | 2.00 |
| Post-Tax Deductions | 19.39 | 19.39 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Insurance | 8.78 | 8.78 |
| Medical Insurance | 178.92 | 178.92 |
| Parking | 4.62 | 4.62 |
| SERS Retirement Plan | 143.55 | 143.55 |
| Vision Insurance | 1.60 | 1.60 |
| Pre-Tax Deductions | 337.47 | 337.47 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Dental Insurance ER | 24.98 | 24.98 |
| Medical Insurance ER | 722.27 | 722.27 |
| Medicare (Federal) | 30.49 | 30.49 |
| OASDI (Federal) | 130.38 | 130.38 |
| SERS Retirement Plan | 827.77 | 827.77 |
| Vision Insurance ER | 4.56 | 4.56 |
| Employer Taxes, Benefits & Misc. Wages | 1,740.45 | 1,740.45 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,102.88 | 2,102.88 |
| Medicare - Taxable Wages | 2,102.88 | 2,102.88 |
| Federal Withholding - Taxable Wages | 1,959.33 | 1,959.33 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| PNC | PNC ******9243 | ******9243 | | 1,533.38 | USD |

The Pennsylvania State University   Payroll Office - 101 James M. Elliott Building   120 South Burrowes Street   State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Regel | The Pennsylvania State University | 946479585 | 11/24/2019 | 12/07/2019 | 12/20/2019 | |

| | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,472.45 | 91.39 | 453.02 | 332.60 | 1,595.44 |
| YTD | 66,042.37 | 1,244.46 | 12,193.14 | 8,757.56 | 43,847.21 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Campus Closure | 11/24/2019-12/07/2019 | 8 | 28.71 | 229.68 | 802.45 |
| Holiday Pay | 11/24/2019-12/07/2019 | 8 | 28.71 | 229.68 | 2,477.20 |
| Overtime | 11/24/2019-11/30/2019 | 9 | 43.07 | 387.63 | 7,217.49 |
| Personal Day | | | | | 223.52 |
| Regular Pay (Hourly) | 11/24/2019-12/07/2019 | 56 | 28.71 | 1,607.76 | 45,908.73 |
| Shift Differential OT | 11/24/2019-11/30/2019 | 9 | 0.9 | 8.10 | 59.85 |
| Shift Differential | 11/24/2019-11/30/2019 | 16 | 0.6 | 9.60 | 76.80 |
| Sick Leave | | | | | 3,192.53 |
| Shift Differential OT | | | | | 43.91 |
| Shift Differential | | | | | 50.38 |
| Vacation Pay | | | | | 5,989.51 |
| Earnings | | | | 2,472.45 | 66,042.37 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 142.25 | 3,807.58 |
| Medicare | 33.27 | 890.48 |
| Federal Withholding | 168.01 | 4,566.17 |
| State Tax - PA | 70.44 | 1,885.37 |
| SUI-Employee Paid - PA | 1.49 | 39.63 |
| City Tax - COLEG | 35.56 | 951.91 |
| PA LST - COLEG | 2.00 | 52.00 |
| EE Taxes | 453.02 | 12,193.14 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Age-Graded Life Insurance (Post-Tax) | 10.52 | 167.27 |
| Long Term Disability | 4.29 | 110.11 |
| Optional AD&D | 2.58 | 67.08 |
| Union Dues | 72.00 | 848.00 |
| United Way (502 - Centre County United Way) | 2.00 | 52.00 |
| Post-Tax Deductions | 91.39 | 1,244.46 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Insurance | 7.75 | 201.50 |
| Medical Insurance | 164.29 | 4,271.54 |
| Parking | 4.62 | 120.12 |
| SERS Retirement Plan | 154.53 | 4,127.74 |
| Vision Insurance | 1.41 | 36.66 |
| Pre-Tax Deductions | 332.60 | 8,757.56 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Dental Insurance ER | 22.06 | 573.56 |
| Medical Insurance ER | 705.99 | 18,355.74 |
| Medicare (Federal) | 33.27 | 890.48 |
| OASDI (Federal) | 142.25 | 3,807.58 |
| SERS Retirement Plan | 891.08 | 23,317.21 |
| Vision Insurance ER | 3.60 | 93.60 |
| Employer Taxes, Benefits & Misc. Wages | 1,798.25 | 47,038.17 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,294.38 | 61,412.55 |
| Medicare - Taxable Wages | 2,294.38 | 61,412.55 |
| Federal Withholding - Taxable Wages | 2,139.85 | 57,284.81 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| PNC | PNC ******9243 | ******9243 | | 1,595.44 | USD |

The Pennsylvania State University  Payroll Office - 101 James M. Elliott Building  120 South Burrowes Street  State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Regel | The Pennsylvania State University | 946479585 | 11/10/2019 | 11/23/2019 | 12/06/2019 | |

| | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,761.57 | 19.39 | 521.18 | 350.67 | 1,870.33 |
| YTD | 63,569.92 | 1,153.07 | 11,740.12 | 8,424.96 | 42,251.77 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Campus Closure | | | | | 572.77 |
| Holiday Pay | | | | | 2,247.52 |
| Overtime | 11/17/2019-11/23/2019 | 10.5 | 43.07 | 452.24 | 6,829.86 |
| Personal Day | | | | | 223.52 |
| Regular Pay (Hourly) | 11/10/2019-11/23/2019 | 59.5 | 28.71 | 1,708.25 | 44,300.97 |
| Shift Differential OT | | | | | 51.75 |
| Shift Differential | | | | | 67.20 |
| Sick Leave | | | | | 3,192.53 |
| Shift Differential OT | 11/17/2019-11/23/2019 | 10.5 | 0.975 | 10.24 | 43.91 |
| Shift Differential | 11/17/2019-11/23/2019 | 3.5 | 0.65 | 2.28 | 50.38 |
| Vacation Pay | 11/10/2019-11/23/2019 | 20.5 | 28.71 | 588.56 | 5,989.51 |
| Earnings | | | | 2,761.57 | 63,569.92 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 160.18 | 3,665.33 |
| Medicare | 37.46 | 857.21 |
| Federal Withholding | 200.54 | 4,398.16 |
| State Tax - PA | 79.31 | 1,814.93 |
| SUI-Employee Paid - PA | 1.65 | 38.14 |
| City Tax - COLEG | 40.04 | 916.35 |
| PA LST - COLEG | 2.00 | 50.00 |
| EE Taxes | 521.18 | 11,740.12 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Age-Graded Life Insurance (Post-Tax) | 10.52 | 156.75 |
| Long Term Disability | 4.29 | 105.82 |
| Optional AD&D | 2.58 | 64.50 |
| Union Dues | | 776.00 |
| United Way (502 - Centre County United Way) | 2.00 | 50.00 |
| Post-Tax Deductions | 19.39 | 1,153.07 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Insurance | 7.75 | 193.75 |
| Medical Insurance | 164.29 | 4,107.25 |
| Parking | 4.62 | 115.50 |
| SERS Retirement Plan | 172.60 | 3,973.21 |
| Vision Insurance | 1.41 | 35.25 |
| Pre-Tax Deductions | 350.67 | 8,424.96 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Dental Insurance ER | 22.06 | 551.50 |
| Medical Insurance ER | 705.99 | 17,649.75 |
| Medicare (Federal) | 37.46 | 857.21 |
| OASDI (Federal) | 160.18 | 3,665.33 |
| SERS Retirement Plan | 995.27 | 22,426.13 |
| Vision Insurance ER | 3.60 | 90.00 |
| Employer Taxes, Benefits & Misc. Wages | 1,924.56 | 45,239.92 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,583.50 | 59,118.17 |
| Medicare - Taxable Wages | 2,583.50 | 59,118.17 |
| Federal Withholding - Taxable Wages | 2,410.90 | 55,144.96 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| PNC | PNC ******9243 | ******9243 | | 1,870.33 | USD |