```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                       Case No. 20-00497-RNO
Shelly Lea Regel                                             Chapter 13
Robert Lee Regel, Jr.
        Debtors
# CERTIFICATE OF NOTICE

District/off: 0314-4          User: AutoDocke          Page 1 of 1          Date Rcvd: Mar 20, 2020
                              Form ID: ntnew341        Total Noticed: 10

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db/jdb          Shelly Lea Regel,    Robert Lee Regel, Jr.,    224 Walker Cross,    Bellefonte, PA  16823
5299948        +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
5299949        +Midland Funding, LLC,    350 Camino De La Reina,    San Diego, CA 92108-3007
5299950        +Penn State Federal Credit Union,    123 Amberleigh Lane,    Bellefonte, PA 16823-8488
5299952        +The Corporation Company,    40600 Ann Arbor Rd. East,    Suite 201,    Plymouth, MI 48170-4675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2020 19:34:16
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5305731         E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 20 2020 19:34:39      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5314498         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2020 19:34:16
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5299951        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 20 2020 19:36:35      Quicken Loans, Inc.,
                 635 Woodward Ave.,    Detroit, MI 48226-3408
5300296        +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2020 19:33:34      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5309812*       +Quicken Loans Inc.,    635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              John William Lhota    on behalf of Debtor 2 Robert Lee Regel, Jr. JLhota@mkclaw.com
              John William Lhota    on behalf of Debtor 1 Shelly Lea Regel JLhota@mkclaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | |
|---|---|
| Shelly Lea Regel,<br>**Debtor 1**<br>Robert Lee Regel Jr.,<br>**Debtor 2** | Chapter 13<br><br>Case No. 4:20−bk−00497−RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: April 16, 2020<br><br>Time: 09:00 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 20, 2020 |

ntnew341 (04/18)