## Company Information

| Name | Address |
|---|---|
| The Pennsylvania State University | Payroll Office - 101 James M. Elliott Building<br>120 South Burrowes Street<br>State College, PA 16801-3857<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Robert Regel | 946479585 | 03/15/2020 | 03/28/2020 | 04/10/2020 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,296.80 | 19.39 | 406.56 | 337.47 | 1,533.38 |
| YTD | 18,812.26 | 371.12 | 3,355.71 | 2,727.14 | 12,358.29 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | | | 1,607.76 |
| Other Emergency Paid Leave | 03/15/2020 - 03/28/2020 | 48.00 | 28.71 | 1,378.08 | 1,378.08 |
| Overtime | | | | | 430.71 |
| Personal Day | | | | | 459.36 |
| Regular Pay (Hourly) | 03/15/2020 - 03/21/2020 | 32.00 | 28.71 | 918.72 | 13,809.51 |
| Sick Leave | | | | | 86.13 |
| Shift Differential OT | | | | | 1.95 |
| Shift Differential | | | | | 5.20 |
| Vacation Pay | | | | | 1,033.56 |
| | | | Total: | 2,296.80 | 18,812.26 |

## EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 130.38 | 1,070.18 |
| Medicare | 30.49 | 250.28 |
| Federal Withholding | 145.16 | 1,210.53 |
| State Tax - PA | 64.56 | 529.91 |
| SUI-Employee Paid - PA | 1.38 | 11.29 |
| City Tax - COLEG | 32.59 | 267.52 |
| PA LST - COLEG | 2.00 | 16.00 |
| Total: | 406.56 | 3,355.71 |

## Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Age-Graded Life Insurance (Post-Tax) | 10.52 | 84.16 |
| Long Term Disability | 4.29 | 34.32 |
| Optional AD&D | 2.58 | 20.64 |
| Union Dues | | 216.00 |
| United Way (502 - Centre County United Way) | 2.00 | 16.00 |
| Total: | 19.39 | 371.12 |

## Pre-Tax Deductions

| Description | Amount | YTD |
|---|---:|---:|
| Dental Insurance | 8.78 | 70.24 |
| Medical Insurance | 178.92 | 1,431.36 |
| Parking | 4.62 | 36.96 |
| SERS Retirement Plan | 143.55 | 1,175.78 |
| Vision Insurance | 1.60 | 12.80 |
| Total: | 337.47 | 2,727.14 |

Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---:|---:|
| Dental Insurance ER | 24.98 | 199.84 |
| Medical Insurance ER | 722.27 | 5,778.16 |
| Medicare (Federal) | 30.49 | 250.28 |
| OASDI (Federal) | 130.38 | 1,070.18 |
| SERS Retirement Plan | 827.77 | 6,779.97 |
| Vision Insurance ER | 4.56 | 36.48 |
| Total: | 1,740.45 | 14,114.91 |

Taxable Wages

| Description | Amount | YTD |
|---|---:|---:|
| OASDI - Taxable Wages | 2,102.88 | 17,260.90 |
| Medicare - Taxable Wages | 2,102.88 | 17,260.90 |
| Federal Withholding - Taxable Wages | 1,959.33 | 16,085.12 |

Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---:|---|
| PNC | PNC ******9243 | ******9243 | 1,533.38 | USD |
| | | Total: | 1,533.38 | |