```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 20-00497-RNO
Shelly Lea Regel                                                    Chapter 13
Robert Lee Regel, Jr.
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-4          User: AutoDocke              Page 1 of 1              Date Rcvd: Apr 20, 2020
                              Form ID: ntcnfhrg            Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
```
db/jdb          Shelly Lea Regel,    Robert Lee Regel, Jr.,    224 Walker Cross,    Bellefonte, PA  16823
5299948        +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
5319162        +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
5299949        +Midland Funding, LLC,    350 Camino De La Reina,    San Diego, CA 92108-3007
5299950        +Penn State Federal Credit Union,    123 Amberleigh Lane,    Bellefonte, PA 16823-8488
5299952        +The Corporation Company,    40600 Ann Arbor Rd. East,    Suite 201,    Plymouth, MI 48170-4675
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 20 2020 19:26:25
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5305731         E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 20 2020 19:27:01     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5314498         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 20 2020 19:26:25
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5299951        +E-mail/Text: bankruptcyteam@quickenloans.com Apr 20 2020 19:18:21     Quicken Loans, Inc.,
                 635 Woodward Ave.,    Detroit, MI 48226-3408
5300296        +E-mail/PDF: gecsedi@recoverycorp.com Apr 20 2020 19:26:41     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5309812*       +Quicken Loans Inc.,    635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              John William Lhota    on behalf of Debtor 2 Robert Lee Regel, Jr. JLhota@mkclaw.com
              John William Lhota    on behalf of Debtor 1 Shelly Lea Regel JLhota@mkclaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Shelly Lea Regel,<br>**Debtor 1**<br>Robert Lee Regel Jr.,<br>**Debtor 2** | Chapter 13<br><br>Case No. 4:20–bk–00497–RNO |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **June 12, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>The hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing. | Date: June 19, 2020<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes–Barre, PA 18701 OR<br>228 Walnut St, Rm320, Harrisburg, PA 17101<br>570–831–2500/717–901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaKovach, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 20, 2020 |

ntcnfhrg (03/18)