# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     SHELLY LEA REGEL

ROBERT LEE REGEL, JR.

         Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
         Movant

vs.

SHELLY LEA REGEL
   ROBERT LEE REGEL, JR.

         Respondent(s)

CHAPTER 13

CASE NO: 4-20-00497-RNO

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on November 12, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    November 12, 2020                Respectfully submitted,

/s/    Agatha R. McHale, Esquire
ID:   47613
Attorney for Movant
Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     SHELLY LEA REGEL
             ROBERT LEE REGEL, JR.                   CHAPTER 13

                    Debtor(s)

             CHARLES J. DEHART, III
             CHAPTER 13 TRUSTEE                  CASE NO: 4-20-00497-RNO
                   Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        December 4, 2020 at 10:00 AM
        U.S. Courthouse and Federal Building
        Courtroom #1, 4th Floor
        240 West Third Street
        Williamsport, PA 17701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee DeHart's office.

         **AMOUNT DELINQUENT AS OF LAST MONTH: $ 902.00**
                 **AMOUNT DUE FOR THIS MONTH: $451.00**
          **TOTAL AMOUNT DUE BEFORE HEARING DATE: $1353.00**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

        If **submitting payment by U.S. First Class Mail** mail to**:**
            **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

        If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

> Charles J. DeHart, III, Trustee
> 8125 Adams Drive, Suite A
> Hummelstown, PA 17036
> Phone: (717) 566-6097

Dated: November 12, 2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHELLY LEA REGEL

ROBERT LEE REGEL, JR.    CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III    CASE NO: 4-20-00497-RNO
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 12, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

JOHN W LHOTA, ESQUIRE
MILLER, KISTLER & CAMPBELL
720 SOUTH ATHERTON ST, SUITE 201
STATE COLLEGE, PA  16801-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA  17101

Served by First Class Mail

SHELLY LEA REGEL
ROBERT LEE REGEL, JR.
224 WALKER CROSS
BELLEFONTE, PA  16823

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 12, 2020

Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  SHELLY LEA REGEL
        ROBERT LEE REGEL, JR.
                                            CHAPTER 13
        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant                              CASE NO: 4-20-00497-RNO

vs.

SHELLY LEA REGEL                            MOTION TO DISMISS
ROBERT LEE REGEL, JR.

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.