United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                            Case No. 20-00497-RNO

Shelly Lea Regel                              Chapter 13

Robert Lee Regel, Jr.

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-4                          User: AutoDocke                        Page 1 of 1
Date Rcvd: Dec 16, 2020                Form ID: pdf010                     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

**Recip ID**            **Recipient Name and Address**
                        The Pennsylvania State University, 101 James M. Elliott Building, 120 South Burrowes Street, State College, PA 16801-3857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020                               Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| John William Lhota | on behalf of Debtor 2 Robert Lee Regel Jr. JLhota@mkclaw.com |
| John William Lhota | on behalf of Debtor 1 Shelly Lea Regel JLhota@mkclaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SHELLY LEA REGEL<br>and ROBERT LEE REGEL, JR,<br>Debtors | : : : : | Case No. 20-00497-RNO<br>Chapter 13 |
| SHELLY LEA REGEL<br>and ROBERT LEE REGEL, JR,<br>Movants<br><br>v.<br><br>THE PENNSYLVANIA STATE<br>UNIVERSITY,<br>Respondent. | : : : : : : : : : : : : | |

## ORDER TO PAY TRUSTEE THROUGH WAGE ATTACHMENT

The above-named Movants, having filed a Chapter 13 Petition and Chapter 13 Plan in the above-captioned matter and having moved to attach their wages to the fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which Movant Shelly Lea Regel receives income:

> The Pennsylvania State University
> 101 James M. Elliott Building
> 120 South Burrowes Street
> State College, PA 16801-3857

shall deduct from said income **the sum of NINE HUNDRED TWO AND 00/100 ($902.00) DOLLARS per month** beginning on the next pay day following its receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Movant receive a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Movant, and shall remit the deducted sums, ON AT LEAST A MONTHLY BASIS, to:

> CHARLES J. DeHART, III
> CHAPTER 13 TRUSTEE
> P.O. BOX 7005
> LANCASTER, PA 17604

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if Movant's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of Movant, except the amounts required to be withheld for taxes, social security, Medicare, insurance, pension, or union dues shall be paid to Movant in accordance with usual payment procedures.

IT IS FURTHER ORDERED that no other deductions for garnishment, wage assignment, credit union, or other purpose shall be made from the income of Movant with the sole exception of any support payments.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the above named entity in this case, if any.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Movant for the administration of this Order, except as may be allowed upon application to and Order of this Court; and

IT IS FURTHER ORDERED that the Movant shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments begin. Any failure to timely remit full plan payments to the Chapter 13 Trustee may result in dismissal of this case after notice and hearing.

Dated: December 16, 2020

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge  BI