UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   SHELLY LEA REGEL
         ROBERT LEE REGEL, JR.        CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant                               CASE NO:  4-20-00497-MJC

SHELLY LEA REGEL
ROBERT LEE REGEL, JR.

        Respondent(s)

## CERTIFICATION OF DEFAULT

    AND NOW on October 12, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

    As of October 12, 2021, the Debtor(s) is/are $2250.00 in arrears with a plan payment having last been made on May 04, 2021

    In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 12, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHELLY LEA REGEL
ROBERT LEE REGEL, JR.   CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant   CASE NO: 4-20-00497-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 12, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| JOHN W LHOTA, ESQUIRE<br>MILLER, KISTLER & CAMPBELL<br>720 SOUTH ATHERTON ST, SUITE 201<br>STATE COLLEGE, PA 16801- | SERVED ELECTRONICALLY |
| SHELLY LEA REGEL<br>ROBERT LEE REGEL, JR.<br>224 WALKER CROSS<br>BELLEFONTE, PA 16823 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 12, 2021

Respectfully submitted,
Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com