United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Shelly Lea Regel<br>Robert Lee Regel, Jr.<br>    Debtors | Case No. 20-00497-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 15, 2021 | Form ID: pdf010 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Shelly Lea Regel, Robert Lee Regel, Jr., 224 Walker Cross, Bellefonte, PA 16823 |
| 5299948 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5299950 | + | Penn State Federal Credit Union, 123 Amberleigh Lane, Bellefonte, PA 16823-8488 |
| 5299952 | + | The Corporation Company, 40600 Ann Arbor Rd. East, Suite 201, Plymouth, MI 48170-4675 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 15 2021 18:44:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5305731 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 15 2021 18:44:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5319162 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 18:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5299949 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 18:38:00 | Midland Funding, LLC, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 5314498 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2021 18:44:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5299951 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 15 2021 18:38:00 | Quicken Loans, Inc., 635 Woodward Ave., Detroit, MI 48226-3408 |
| 5300296 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 15 2021 18:44:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5309812 | *+ | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| John William Lhota | on behalf of Debtor 2 Robert Lee Regel  Jr. JLhota@mkclaw.com |
| John William Lhota | on behalf of Debtor 1 Shelly Lea Regel JLhota@mkclaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Shelly Lea Regel | Chapter: 13 |
| Debtor 1 | Case No.: 4:20-bk-00497-MJC |
| Robert Lee Regel, Jr. | |
| Debtor 2 | |
| JACK N. ZAHAROPOULOS CHAPTER 13 TRUSTEE | |
| vs. Movant(s) | |
| SHELLY LEA REGEL ROBERT LEE REGEL, JR. | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: October 15, 2021

By the Court,

Mark J. Conway, Bankruptcy Judge (CN)

Order Dismissing Case with Parties - Revised 9/17